IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KIMBERLY MEEKS, on behalf of herself and all other similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL ACCOUNT SYSTEMS OF OMAHA, LLC, and THOMAS C. UNDERWOOD,<br><br>Defendants. | 8:16CV513<br><br>**AMENDED INITIAL PROGRESSION ORDER** |

Today, a planning conference was held in this case before the undersigned magistrate judge. Pursuant to the discussion had during the conference,

**IT IS ORDERED** as follows:

1. Plaintiff's anticipated motion for class certification and accompanying brief shall be filed no later than September 11, 2017.

2. Defendants' brief in opposition to the motion for class certification shall be filed by October 11, 2017.

3. Plaintiff's reply brief in support of the motion for class certification shall be filed by November 3, 2017.

4. Following a ruling on the motion for class certification, the undersigned will hold another planning conference with counsel for the parties and set a final progression schedule.

Dated this 26th day of April, 2017.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge